IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **DENISE COX** | § | |
| | § | **CIVIL ACTION NO.** |
| **VS.** | § | _____ |
| | § | |
| **WAL-MART STORES TEXAS, LLC** | § | |

## INDEX OF ATTACHED STATE COURT PLEADINGS AND FILING DATES

| | | |
|---|---|---|
| 1. | State court docket sheet | September 2, 2022 |
| 2. | Plaintiff's Original Petition | August 9, 2022 |
| 3. | Issuance of Citation for Wal-Mart Stores Texas, LLC | August 10, 2022 |
| 4. | Return of Service of citation for Wal-Mart Stores Texas, LLC | August 16, 2022 |
| 5. | Defendant's Original Answer | September 1, 2022 |

**EXHIBIT A**